UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK SCOTT                                              CIVIL ACTION

VERSUS

ANGOLA MEDICAL
DEPARTMENT, ET AL.                              NO.: 19-00477-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 5)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the denial of authorization for Plaintiff Derrick Scott to proceed *in forma pauperis.* The Magistrate Judge recommended that this proceeding be dismissed, without prejudice, for Plaintiff's failure to pay the initial partial filing fee as ordered by the Court (Doc. 4).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

1

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 5)** is ADOPTED as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 9th day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA